UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-00551-SHK | Date | July 6, 2022 |
| Title | *Willa Morris Johnson v. AmerAssist A/R Solutions, Inc.* | | |

| | |
|---|---|
| Present: The Honorable | Shashi H. Kewalramani, United States Magistrate Judge |

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 31, 2022, Plaintiff Willa Morris Johnson ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") against Defendant AmerAssist A/R Solutions, Inc. ("Defendant"). Electronic Case Filing Number ("ECF No.") 1, Compl. On June 27, 2022, Plaintiff filed a Proof of Service of Summons of Complaint ("Proof of Service" or "POS"), indicating that Plaintiff served the summons and Complaint on Defendant on June 6, 2022. ECF No. 9, POS at 2.

Generally, defendants must answer or otherwise respond to a complaint within twenty-one days after being served with the summons and Complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). Here, because service was effectuated on June 6, 2022, Defendant's answer was due twenty-one days later, on June 27, 2022, absent an extension. As of the date of this Order, Defendant has not filed an answer or otherwise responded to the Complaint and Plaintiff has not requested that default be entered against Defendant as authorized under Federal Rule of Civil Procedure ("Rule") 55. As such, this litigation is stalled.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing by **July 18, 2022**, why this action should not be dismissed for failure to prosecute. Plaintiff can satisfy this order by requesting that default be entered against Defendant pursuant to Rule 55 by the date stated above. Plaintiff is warned that failure to timely respond to this OSC in the manner stated above **may result in the dismissal of this action** for failure to prosecute and follow Court orders.

**IT IS SO ORDERED.**